No. 95-9435. LEE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95-9436. MCCARTHY v. KUPEC, WARDEN. Super. Ct. Conn., Tolland Jud. Dist. Certiorari denied.

No. 95-9437. STABILE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95-9438. CRUZ-FERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95-9440. STAULA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95-9442. ASKEW v. WEST, SECRETARY OF THE ARMY. C. A. 6th Cir. Certiorari denied.

No. 95-9443. BARNES v. UNITED STATES; and
No. 96-5041. BARNES v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 83 F. 3d 934.

No. 95-9444. GLASS v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 95-9446. DOTSON v. CALIFORNIA PUBLIC UTILITIES COMMISSION ET AL. Sup. Ct. Cal. Certiorari denied.

No. 95-9447. FLETCHER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95-9448. HOLT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95-9449. DEES v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 95-9450. FALCISO v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95-9451. GUICHARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95-9452. FORTESCUE v. SIMPSON ET AL. C. A. 4th Cir. Certiorari denied.